BARTOLINO'S
Table Sales

Check Name:
Check No.:
Tab #3 Person 1
Time PM Date 3/29/2010

| | | |
|---|---|---|
| 2 | Iced Tea | 5.00 |
| 2 | Sole Lemon Butter | 25.90 |
| 1 | Sole Lemon Butter | 12.95 |
| | $ Asparagus | 3.00 |
| | Food Sub-Total | 46.85 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 4.57 |

TOTAL
51.42

11.58
63.00

THANK YOU
Wanda

Minimum Purchase of $ Required
Valid After 4 p.m.

Expires: 04/12/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

********************

EXHIBIT
78

BARTOLINO'S
Table Sales

Check Name:
Check 148186
Tab 31 Person 1
Time 12:36:53 PM Date 3/22/2010

| | | |
|---|---|---|
| 1 | Iced Tea | 2.50 |
| 2 | Sole Lemon Butter | 25.90 |
| | Food Sub-Total | 28.40 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 2.77 |

TOTAL
31.17
8.83
40.00

THANK YOU
Wanda

EXHIBIT
124

DFTS074607

**BARTOLINO'S**
Table Sales

Check Name:Nelson

Check 144277
Tab 31 Person 1
Time 12:52:28 PM Date 3/3/2010

| | | |
|---|---|---|
| 1 | Iced Tea | 2.50 |
| 1 | Bartolino's Salad | 11.95 |
| 1 | Sole Lemon Butter | 12.95 |
| | Food Sub-Total | 27.40 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 2.87 |

TOTAL
30.07

6.93
37.00

EXHIBIT
123

DFTS074602

[illegible] TNO'S
[illegible] Sales

| | | |
|---|---|---|
| 2 | Iced Tea | 5.00 |
| 2 | Daily Pasta Special | 27.00 |
| 1 | [illegible]tter | 12.85 |
| | [illegible] Sub Total | 45.85 |
| | [illegible] Total | 0.00 |
| | [illegible] | 0.00 |
| | Sales [illegible] | 4.47 |

TOTAL [illegible]

10.68
61.00

*******************

[illegible] in Us Again
[illegible] a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Exp[illegible] 03/15/10
Coupon [illegible] for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

*******************

EXHIBIT
22

DFTS074600

EXHIBIT

DFTS074601

BARTOLINO'S
Table Sales

Check Name:
Check 140882
Tab 61 Person 1
Time 12:30:08 PM Date 1/28/2010

| | | |
|---|---|---|
| 2 | Iced Tea | 4.50 |
| 2 | Seafood Salad | 25.90 |
| 1 | Sole Lemon Butter | 12.95 |
| 1 | Faralle Primavera | 10.95 |
| | $ Add Tuna Steak | 4.00 |
| 1 | Dinner Salad | 4.95 |
| | Food Sub-Total | 63.25 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 6.17 |

TOTAL
69.42
14.58
84.00

THANK YOU
Michael E

********************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 02/11/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

********************

EXHIBIT
112

DFTS068197

BARTOLINO'S
Table Sales

Check Name:
Check 140181
Tab 43 Person 1
Time 12:26:52 PM Date 1/21/2010

| | | |
|---|---|---|
| 3 | Iced Tea | 6.75 |
| 2 | Sole Lemon Butter | 25.90 |
| 1 | Grilled Roast Beef | 9.95 |
| | Food Sub-Total | 42.60 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 4.15 |

TOTAL 46.75

10.25

57.00

THANK YOU
Wanda

EXHIBIT
111

DFTS068196

BARTOLINO'S
Table Sales

Check Name:
Check 140006
Tab 46 Person 1
Time 1:04:23 PM Date 1/19/2010

| | | |
|---|---|---|
| 3 | Iced Tea | 6.75 |
| 1 | Chicken Ferri | 12.95 |
| 1 | Daily Pasta Special | 13.95 |
| 1 | Sole Lemon Butter | 12.95 |
| 1 | Spumone | 3.00 |
| | Food Sub-Total | 49.60 |

| | |
|---|---|
| Discounts Sub-Total | 0.00 |
| Gratuity | 0.00 |
| Sales Tax | 4.54 |

TOTAL 54.44

12.56
67.00

THANK YOU
Mary

******************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 02/02/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

******************

EXHIBIT
110

DFTS068195

BARTOLINO'S
Table Sales

Check Name:
Check 166582
Tab 61 Person 1
Time 12:09:32 PM Date 9/23/2010

| | | |
|---|---|---|
| 1 | [illegible] | 2.50 |
| 2 | [illegible] Butter | 25.90 |
| | Sub-Total | 28.40 |

| | |
|---|---|
| Discounts Sub-Total | [illegible] |
| Gratuity | [illegible] |
| Sales Tax | 2.84 |

TOTAL
31.24

7.76

THANK YOU
Wanda

39.00

EXHIBIT
102

DFTS094600

EXHIBIT

BARTOLINO'S
Table Sales

Check Name:
Check 166265
Tab 21 Person 1
Time 1:24:55 PM Date 8/20/2010

| Qty | Item | Amount |
|---|---|---|
| 5 | Iced Tea | 12.50 |
| 1 | Coke | 2.50 |
| 1 | Chicken Ferri | 12.95 |
| 3 | Sole Lemon Butter | 38.85 |
| 2 | Protein Plate | 25.90 |
| 1 | Veal Parmigiana | 13.95 |
| 1 | Lasagna | 10.95 |
| | Food Sub-Total | 117.60 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 11.75 |

TOTAL
129.35
29.65
159.00

THANK YOU
James

*******************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 10/04/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

*******************

DFTS094597

EXHIBIT 101

BARTOLINO'S

[illegible]

[illegible]

TOTAL

[illegible]

DFTS094598

OLINO'S –
STERIA
Table Sales

lson

Person 1
33 PM Date 11/5/2010

| | |
|---|---|
| ea | 2.50 |
| Seafood Special | 13.95 |
| Salad Special | 12.95 |
| d Sub-Total | 29.40 |
| erage Sub-Total | 0.00 |
| er Sub-Total | 0.00 |
| 3 TOTAL | 29.40 |
| scounts Sub-Total | 0.00 |
| atuity | 0.00 |
| les Tax | 2.94 |

TAL 32.34

THANK YOU
Mary

Tip: 6.50
Total: 38.84

BARTOLINO'S –
OSTERIA
Table Sales

Check Name:
Check 172331
Tab 54 Person 1
Time 12:54:43 PM Date 11/8/2010

| | | |
|---|---|---|
| 1 | Iced Tea | 2.50 |
| 2 | Sole Lemon Butter | 25.90 |
| | Food Sub-Total | 28.40 |

Total 28.40

Sales Tax 2.84

TOTAL
39.00

THANK YOU
James Sandbothe

Amount Paid
39.00

Receipts

House Charge 39.00

Change 0.00
Tip Amount 7.76
Amount due 0.00

House Account
Carpenter Union

BARTOLINO'S –
OSTERIA
Table Sales

Check Name:Nelson

Check 172404
Tab 46 Person 1
Time 12:37:48 PM Date 11/8/2010

| | | |
|---|---|---|
| 1 | Sprite | 2.50 |
| 13 | Iced Tea | 32.50 |
| 1 | Dinner Salad | 4.95 |
| 1 | Daily Pasta Special | 13.95 |
| 1 | Turkey Club Sandwich | 8.95 |
| 1 | Burger | 8.95 |
| 1 | Caesar Salad | 10.95 |
| | $ Add Chicken | 3.00 |
| 1 | Bowl Soup [illegible] | 5.00 |
| 1 | Sole Lemon Butter | 12.95 |
| 1 | Meatball Sandwich | 8.95 |
| 1 | Roast Beef Sandwich | 9.95 |
| | $ Add Cheese | 1.00 |
| 1 | Grilled Roast Beef | 9.95 |
| 1 | Seafood Salad | 12.95 |
| | Food Sub-Total | 146.50 |
| | Beverage Sub-Total | 0.00 |
| | Other Sub-Total | 0.00 |
| | SUB TOTAL | 146.50 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 14.64 |

TOTAL 161.14
32.00

THANK YOU
Mary

Acct #:66

Tip: 32

193.14

EXHIBIT 99

DFTS009526



House!

BARTOLINO'S
OSTERIA
Table Sales

Check Name: Carpenters
Check 171504
Tab 30 Person 1
Time 12:54:26 PM Date 11/

| | | |
|---|---|---|
| 3 | Iced Tea | |
| 1 | Dinner Salad | |
| 2 | Sole Lemon Butter | |
| 1 | Fettuccini | |
| 1 | Bartolino's Salad | |
| | $ Add Grill Chick | |
| | Food Sub-Total | |
| | Sales Tax | |

TOTAL
70.67
14 33
85.00
THANK YOU
Wanda

*******************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimun Purchase of $50.00 Requi
Valid After 4 p.m.

Expires:11/18/10
Coupon good for one Dine-In visit
Limited to one per ticket.
Not valid with any other specials.
No cash refunds

Carpenters

BARTOLINO'S
OSTERIA
Table Sales

Check Name:
Check 171406
Tab 31 Person 1
Time 12:50:23 PM Date 11/1/2010

| | | |
|---|---|---|
| 1 | Iced Tea | 2.50 |
| 2 | Cup Minestrone | 8.00 |
| 1 | Bowl Soup Of Day | 5.00 |
| 1 | Hot Tea | 2.50 |
| 1 | Toasted Ravioli | 9.95 |
| 1 | Sole Lemon Butter | 12.95 |
| | Food Sub-Total | 40.90 |

Total 40.90

Sales Tax 4.09

TOTAL
55.00

THANK YOU
Marlow

Amount Paid
55.00

Receipts

House Charge 55.00

Change 0.00

BARTOLINO'S
OSTERIA
Table Sales

Check Name:Nelson
Check 171843
Tab 31 Person 1
Time 12:41:16 PM Date 11/5/2010

| | | |
|---|---|---|
| 2 | Iced Tea | 5.00 |
| 1 | Sole Lemon Butter | 12.95 |
| 1 | Daily Salad Special | 12.95 |
| 2 | Cup Soup Of Da | 8.00 |
| | Food Sub-Total | 38.90 |
| | Beverage Sub-Total | 0.00 |
| | Other Sub-Total | 0.00 |
| | SUB TOTAL | 38.90 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 3.89 |

TOTAL 42.79

THANK YOU
Mary

House
Mktg

Acct #:56

ok

Tip: 9.21

Total: 52.

Signature:
Nelson

EXHIBIT
98

DFTS069525

BARTOLINO'S - OSTERIA
Table Sales

eck Name:
eck 172631
b 65 Person 1
me 4:23:00 PM Date 11/12/2010

| | |
|---|---|
| Iced Tea | 5.00 |
| Dinner Salad | 4.95 |
| Baked Mostaccioli | 10.95 |
| Sole Lemon Butter | 12.95 |
| Food Sub-Total | 33.85 |

otal 33.85

Sales Tax 3.39

TOTAL
5.00

THANK YOU
Debi

Amount Paid
45.00

Receipts

House Charge 45.00

| | |
|---|---|
| Change | 0.00 |
| Tip Amount | 7.76 |
| Amount due | 0.00 |

Thank you for dining with us!

BARTOLINO'S - OSTERIA
Table Sales

Check Name:
Check 174200
Tab 31 Person 1
Time 12:09:40 PM Date:11/22/2010

| | | |
|---|---|---|
| 3 | Iced Tea | 7.50 |
| 1 | Chicken Ferri | 12.95 |
| 2 | Sole Lemon Butter | 25.90 |
| | Food Sub-Total | 46.35 |

Sales Tax 4.64

TOTAL
50.99
10.01
61.00

THANK YOU
Wanda

*******************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires:12/06/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

*******************

dining with us!

TOLINO'S - OSTERIA
Table Sales

: 7
Person 1
5:36 PM Date 11/28/2010

| | |
|---|---|
| Tea | 7.50 |
| Salad | 10.95 |
| Add Chicken | 3.00 |
| Soup Of Day | 5.00 |
| ted Ravioli | 8.95 |
| izza | 10.00 |
| Lemon Butter | 12.95 |
| od Sub-Total | 59.35 |

59.35

les Tax 5.93

NK YOU
low

Amount Paid
80.00

Receipts

Charge 80.00

| | |
|---|---|
| | 0.00 |
| t | 14.72 |
| e | 0.00 |

Thank you for dining with us!

EXHIBIT
97

DFTS089524

BARTOLINO'S
Table Sales

Check Name:
Check 143595
Tab 65 Person 1
Time 12:45:09 PM Date 2/24/2010

| | | |
|---|---|---|
| 1 | Iced Tea | 2.25 |
| 1 | Dinner Salad | 4.95 |
| 1 | Cup Minestrone | 4.00 |
| 1 | Spaghetti Meat Sauce | 9.95 |
| 1 | Sole Lemon Butter | 12.95 |
| | Food Sub-Total | 34.10 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 3.33 |

TOTAL
37.43

8.57

THANK YOU
Erin

46.00

EXHIBIT
96

DFTS089122

BARTOLINO'S
Table Sales

Check Name: Nelson

Check 143851
Tab 45 Person 1
Time 12:57:28 PM Date 2/28/2010

| | | |
|---|---|---|
| 5 | Iced Tea | 11.25 |
| 2 | Coffee | 4.50 |
| 3 | Dinner Salad | 14.85 |
| 2 | ... Lemon Butter | 25.90 |
| 2 | Spaghetti Salsiccia | 29.9[illegible] |
| 1 | Chicken Wrap | [illegible] |
| | Food Sub-Total | 97.35 |

| | |
|---|---|
| Discounts Sub-Total | 0.00 |
| [illegible] | [illegible] |
| Sales Tax | 9.49 |

TOTAL
106.84
22.16
THANK YOU 129.00

Expires: 03/12/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

EXHIBIT
95

DFTS089119

BARTOLINO'S
Table Sales

Check Name:
Check 143705
Tab 31 Person 1
Time 12:30:20 PM Date 2/25/2010

| | | |
|---|---|---|
| 2 | Iced Tea | 4.50 |
| 1 | Daily Chicken Special | 13.95 |
| 1 | Daily Pasta Special | 13.95 |
| | Food Sub-Total | 32.40 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 3.16 |

TOTAL
35.56
8.44
45.00

THANK YOU
Erin

EXHIBIT
94

DFTS089118

BARTOLINO'S
Table Sales

Check Name:
Check 143510
Tab 61 Person 1
Time 12:16:19 PM Date 2/23/2010

| | | |
|---|---|---|
| 3 | Iced Tea | 6.75 |
| 2 | Daily Chicken Special | 27.90 |
| 1 | Turkey Club Sandwich | 8.95 |
| | Food Sub-Total | 43.60 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 4.25 |

TOTAL
47.85
9.00
56.85

THANK YOU
Wanda

EXHIBIT
93

DFTS089117

BARTOLINO'S
Table Sales

Check Name:Nelson

Check 141986
Tab 43 Person 1
Time 1:15:25 PM Date 2/9/2010

| | | |
|---|---|---|
| 3 | Iced Tea | 6.75 |
| 2 | Daily Chicken Special | 27.90 |
| 1 | Sole Lemon Butter | 12.95 |
| | Food Sub-Total | 47.60 |

Total 47.60

Sales Tax 4.64

TOTAL
65.00

THANK YOU
Karen

Amount Paid
65.00

Receipts
House Charge 65.00

| | |
|---|---|
| Change | 0.00 |
| Tip Amount | 12.76 |
| Amount due | 0.00 |

Thank you for dining with us!

EXHIBIT
90

DFTS089113

BARTOLINO'S
Table Sales

Check Name:Nelson

Check 141544
Tab 65 Person 1
Time 12:11:55 PM Date 2/4/2010

| | | |
|---|---|---|
| 2 | Iced Tea | 4.50 |
| 2 | Sole Lemon Butter | 25.90 |
| 1 | Spumone | 3.00 |
| | Food Sub-Total | 33.40 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 3.26 |

TOTAL 36.66

8.34
45.00

THANK YOU
Mary

EXHIBIT
89

DFTS000112

BARTOLINO'S
Table Sales

Check Name:
Check 141476
Tab 31 Person 1
Time 12:22:48 PM Date 2/3/2010

| | | |
|---|---|---|
| 1 | Pepsi | 2.25 |
| 1 | Iced Tea | 2.25 |
| 1 | Dinner Salad | 4.95 |
| 1 | Sole Lemon Butter | 12.95 |
| 1 | Veal Cutlet | 10.95 |
| | Food Sub-Total | 33.35 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 3.25 |

TOTAL
36.60
8.40
45.00

THANK YOU
Vesta

EXHIBIT
88

DFTS089111

BARTOLINO'S
Table Sales

Check Name:
Check 158217
Tab 31 Person 1
Time 12:25:04 PM Date 7/13/2010

| | | |
|---|---|---|
| 1 | Iced Tea | 2.50 |
| 2 | Sole Lemon Butter | 25.90 |
| 1 | Dinner Salad | 4.95 |
| 1 | Cup Minestrone | 4.00 |
| | Food Sub-Total | 37.35 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 3.64 |

TOTAL 40.99
10.01
51.00

THANK YOU
Wanda

DFTS029080

EXHIBIT
51

DFTS029081

Carpenters

BARTOLINO'S –
OSTERIA
Table Sales

:k Name:
:k 170793
: 31 Person 1
: 12:52:28 PM Date 10/28/2010

| | |
|---|---|
| Iced Tea | 2.50 |
| Coke | 2.50 |
| Sole Lemon Butter | 12.95 |
| Grilled Roast Beef | 9.95 |
| Food Sub-Total | 27.90 |

:l 27.90

Sales Tax 2.79

AL
:0

THANK YOU
Marlow

Nelson

Amount Paid
38.00

Receipts

House Charge 38.00

| | |
|---|---|
| nange | 0.00 |
| ip Amount | 7.31 |
| mount due | 0.00 |

Thank you for
lining with us!

House Chg

BARTOLINO'S –
OSTERIA
Table Sales

Check Name:Nelson

Check 170689
Tab 31 Person 1
Time 12:17:54 PM Date 10/26/2010

| Qty | Item | Price |
|---|---|---|
| 2 | Iced Tea | 5.00 |
| 1 | Dinner Salad | 4.95 |
| 1 | Sole Lemon Butter | 12.95 |
| 1 | Daily Sandwich Special | 12.95 |
| 1 | Coffee | 2.50 |
| 1 | Cannoli | 5.00 |
| 1 | Tiramisu | 6.00 |
| | Food Sub-Total | 49.35 |
| | Beverage Sub-Total | 0.00 |
| | Other Sub-Total | 0.00 |
| | SUB TOTAL | 49.35 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 4.94 |
| | TOTAL | 54.29 |

THANK YOU
Mary

Acct #:56

Tip: $11.00

Total: 65.29

Signature [signature]
Nelson

p.2

0 12:07PM HP LASERJET FAX

EXHIBIT
80

DFTS041467

Carpenters

BARTOLINO'S - OSTERIA
Table Sales

Check Name:
Check 169715
Tab 31 Person 1
Time 12:57:08 PM Date 10/18/2010

| Qty | Item | Amount |
|---|---|---|
| 2 | Iced Tea | 5.00 |
| 1 | Bowl Soup Of Day | 5.00 |
| 1 | Sole Lemon Butter | 12.95 |
| 1 | Spinach Salad | 9.95 |
| | $ Add Chicken | 3.00 |
| 1 | Cobb Salad | 11.95 |
| | Food Sub-Total | 47.85 |

Total 47.85

Sales Tax 4.79

TOTAL 66.00

THANK YOU
Marlow

NELSON

Amount Paid
66.00

Receipts

House Charge 66.00

Change 0.00
Tip Amount 13.36
Amount due 0.00

Thank you for dining with us!

BARTOLINO'S - OSTERIA
Table Sales

Check Name:
Check 169248
Tab 31 Person 1
Time 12:52:25 PM Date 10/14/2010

| Qty | Item | Amount |
|---|---|---|
| 2 | Iced Tea | 5.00 |
| 1 | Chicken Wrap | 10.95 |
| 1 | Sole Lemon Butter | 12.95 |
| 1 | Bowl Soup Of Day | 5.00 |
| | Food Sub-Total | 33.90 |

Total 33.90

Sales Tax 3.39

TOTAL 47.00

THANK YOU
Marlow

NELSON

Amount Paid
47.00

Receipts

House Charge 47.00

Change 0.00
Tip Amount 9.71
Amount due 0.00

Thank you for dining with us!

EXHIBIT 79

DFTS041466

House Chg

BARTOLINO'S OSTERIA
Table Sales

Check Name:
Check 168935
Tab 31 Person 1
Time 1:03:23 PM Date 10/12/2010

| | | |
|---|---|---|
| 2 | Iced Tea | 5.00 |
| 1 | Diet Coke | 2.50 |
| 2 | Sole Lemon Butter | 25.90 |
| | Chicken Ferri | 12.95 |
| | Food Sub-Total | 46.35 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 4.64 |

TOTAL 50.99

11.01

52.00

THANK YOU
Mary

********************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 10/26/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

********************

House Chg

BARTOLINO'S OSTERIA
Table Sales

Check Name:Nelson

House Chg

Check 168341
Tab 89 Person 1
Time 12:34:34 PM Date 10/7/2010

| | | |
|---|---|---|
| 7 | Iced Tea | 17.50 |
| 2 | Spinach Salad | 19.90 |
| | & Add Chicken | 8.00 |
| 1 | Turkey Club Sandwich | 8.95 |
| 5 | Sole Lemon Butter | 64.75 |
| | Food Sub-Total | 117.10 |
| | Beverage Sub-Total | 0.00 |
| | Other Sub-Total | 0.00 |
| | SUB TOTAL | 117.10 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 11.70 |
| | TOTAL | 128.80 |

THANK YOU
Mary

Acct #:56

Tip: 26.00

Total: 154.80

Signature
Nelson

EXHIBIT 78

DFTS041465



BARTOLINO'S -
OSTERIA
Table Sales

Check Name:
Check 168868
Tab 61 Person 1
Time 12:32:55 PM Date 10/11/2010

| | | |
|---|---|---|
| 2 | Iced Tea | 5.00 |
| 2 | Sole Lemon Butter | 25.90 |
| 1 | Daily Pasta Special | 13.95 |
| 1 | Seafood Salad | 12.95 |
| 1 | Cup Minestrone | 4.00 |
| | Coffee | 2.50 |
| | Food Sub-Total | 64.30 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 6.43 |

TOTAL 70.73

14.27

85.00

THANK YOU
Wanda

*********************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 10/25/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

Carpenters

BARTOLINO'S -
OSTERIA
Table Sales

Check Name:
Check 168074
Tab 30 Person 1
Time 12:58:01 PM Date 10/4/2010

| | | |
|---|---|---|
| 2 | Iced Tea | 5.00 |
| 2 | Sole Lemon Butter | 25.90 |
| 1 | Cup Soup Of Day | 4.00 |
| 1 | Bowl Soup Of Day | 5.00 |
| | Food Sub-Total | 39.90 |

Total 39.90

Sales Tax 3.99

TOTAL
53.00

THANK YOU
Marlow

Nelson

Amount Paid
53.00

Receipts

House Charge 53.00

Change 0.00

O 12:07PM HP LASERJET FAX

p.1

EXHIBIT 77

DFTS041464



BARTOLINO'S
Table Sales

Check Name:
Check 155956
Tab 1 Person 1
Time 1:31:36 PM Date 6/24/2010

| Qty | Item | Amount |
|---|---|---|
| 5 | Iced Tea | 12.50 |
| 1 | Diet Dr. Pepper | 2.50 |
| 1 | Pepsi | 2.50 |
| 2 | Dinner Salad | 9.90 |
| 4 | Sole Lemon Butter | 51.80 |
| 1 | Fried Filet of Sole | 8.95 |
| 1 | Tortellini Piselli | 10.95 |
| 1 | Spinach Salad | 9.95 |
| | $ Add Tuna Steak | 4.00 |
| 1 | Chicken Ferri | 12.95 |
| 2 | Daily Sandwich Special | 25.90 |
| 1 | Spinach Salad | 9.95 |
| | $ Add Chicken | 3.00 |
| 1 | Cobb Salad | 11.95 |
| 1 | Cup Soup Of Day | 4.00 |
| 2 | Coffee | 5.00 |
| | Food Sub-Total | 185.80 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 18.10 |

TOTAL
203.90

42.10

THANK YOU
Erin

246.00

********************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 07/08/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

********************

EXHIBIT
63

DFTS031406



Vicky

DFTS031407

BARTOLINO'S
Table Sales

Check Name:
Check 156589
Tab 43 Person 1
Time 12:56:15 PM Date 6/28/2010

| | | |
|---|---|---|
| 2 | Iced Tea | 5.00 |
| 1 | Chicken Ferri | 12.95 |
| 1 | Sole Lemon Butter | 12.95 |
| | Food Sub-Total | 30.90 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 3.01 |

TOTAL
33.91

6.09

THANK YOU
Wanda 40.00

DFTS031404

EXHIBIT
62

DFTS031405

Time 12:[illegible] PM Date 5/28/2010

| | | |
|---|---|---|
| 1 | Arnold Palmer | 2.50 |
| 1 | Sole Lemon Butter | 12.95 |
| 1 | Chicken Wrap | 10.95 |
| 1 | Iced Tea | 2.50 |
| | Food Sub-Total | 28.90 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 2.82 |

TOTAL 31.72

8.28

40.00

THANK YOU
Joe

EXHIBIT 60

DFTS029242

BARTOLINO'S
le Sale.

Check Name:
Check 152748
Tab 43 Person 1
Time 12:48:03 PM Date 5/25/2010

| Qty | Item | Amount |
|---|---|---|
| 2 | Iced Tea | [illegible] |
| 2 | Sole Lemon Butter | [illegible] |

Food Sub-Total

| | |
|---|---|
| iscounts Sub-Total | 0.00 |
| ratuity | 0.00 |
| Sales Tax | 3.01 |

TOTAL
33.91

THANK YOU
Wanda

7.09
41.00

EXHIBIT
59

DFTS029240

BARTOLINO'S
Table Sales

Check Name:
Check 152140
Tab 30 Person 1
Time 12:59:43 PM Date 5/19/2010

| | | |
|---|---|---|
| 3 | Iced Tea | 7.50 |
| 2 | Sole Lemon Butter | 25.90 |
| 1 | Daily Sandwich Special | 12.95 |
| | Food Sub-Total | 46.35 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 4.52 |

TOTAL 50.87

THANK YOU
Vesta

********************

*Please Join Us Again*
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 08/02/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

********************

DFTS028239

EXHIBIT
58

# BARTOLINO'S
## Table Sales

Check Name:Nelson

Check 152140
Tab 30 Person 1
Time 1:01:56 PM Date 5/19/2010

| | | |
|---|---|---|
| 3 | Iced Tea | 7.50 |
| 2 | Sole Lemon Butter | 25.90 |
| 1 | Daily Sandwich Special | 12.95 |
| | Food Sub-Total | 46.35 |
| | Beverage Sub-Total | 0.00 |
| | Other Sub-Total | 0.00 |
| | SUB TOTAL | 46.35 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 4.52 |
| | TOTAL | 50.87 |

THANK YOU
Vesta

Acct #:56

Tip: 10.13

Total: 61.00

Signature: [signature]
Nelson

EXHIBIT 57

DFTS029238

BARTOLINO'S
Table Sales

Check Name:
Check 151938
Tab 30 Person 1
Time 1:03:41 PM Date 5/17/2010

| | | |
|---|---|---|
| 1 | Fried Artichoke Hearts | 7.95 |
| 1 | Toasted Ravioli | 7.95 |
| 1 | Bartolino's Salad | 11.95 |
| 1 | Sole Lemon Butter | 12.95 |
| 1 | Linguine Clams | 11.95 |
| 1 | Seafood Cannelloni | 10.00 |
| 1 | Iced Tea | 2.50 |
| 1 | Coffee | 2.50 |
| | Food Sub-Total | 67.75 |

| | |
|---|---|
| Discounts Sub-Total | 0.00 |
| Gratuity | 0.00 |
| Sales Tax | [illegible] |

TOTAL
74.35
15.65
90.00

THANK YOU
Wanda

********************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 05/31/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

********************

[signature]

EXHIBIT
56

DFTS029237

BARTOLINO'S
Table Sales

Check Name:
Check 151238
Tab 31 Person 1
Time 12:36:51 AM Date 5/11/2010

| | | |
|---|---|---|
| 3 | Iced Tea | 7.50 |
| 1 | Chicken Ferri | 12.85 |
| 1 | Chicken Ferri | 12.85 |
| | $ Add Cheese | 1.00 |
| 1 | Daily Veal Special | 13.85 |
| | Food Sub-Total | 48.35 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 4.71 |

TOTAL 53.06

11.00

64.06

THANK YOU
Mary

G. Bond
S. Byrne
B. Doerr

********************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 05/26/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

********************

EXHIBIT 55

DFTS029233

BARTOLINO'S
Table Sales

Check Name:
Check 151233
Tab 61 Person 1
Time 12:13:49 AM Date 5/11/2010

| | | |
|---|---|---|
| 1 | Pepsi | 2.50 |
| 1 | Iced Tea | 2.50 |
| 1 | Sole Lemon Butt[illegible] | 12.95 |
| 1 | Chopped Sirloin | 12.95 |
| | Food Sub-Total | 30.90 |

Discounts Sub. Total
Gratuity
Sales Tax [illegible]

TOTAL 33.91

8.09

THANK YOU
Wanda

42.00

DFTS029231

Vicky

EXHIBIT
54

DFTS029232

BARTOLINO'S
Table Sales

Check Name:Nelson

Check 150772
Tab 31 Person 1
Time 12:12:42 PM Date [illegible]

| Item | Amount |
| --- | --- |
| Iced Tea | 5.00 |
| Diet Pepsi | 2.50 |
| Sole Lemon Butter | 12.95 |
| Pizza | 10.00 |
| [illegible] | 11.95 |

| | |
| --- | --- |
| [illegible] | [illegible] |
| Gratuity | 0.00 |
| Sales Tax | 4.14 |

TOTAL
46.54

THANK YOU 10.46
Mary
57.00

DFTS029236

EXHIBIT
53

**BARTOLINO'S**
Table _ales

Check Name:
Check 150506
Tab 31 Person 1
Time 12:57:47 PM Date 5/4/2010

| Qty | Item | Amount |
|---|---|---|
| 2 | Iced Tea | 5.00 |
| 1 | Diet Pepsi | 2.50 |
| 1 | Sole Lemon Butter | 12.95 |
| 1 | Daily Pasta Special | 13.95 |
| 1 | Daily Veal Special | 13.95 |
| | Food Sub-Total | 48.35 |
| | Discounts Sub-Total | [illegible] |
| | Gratuity | 0.00 |
| | Sales Tax | 4.71 |

**TOTAL** 53.06

THANK YOU
Mary

*******************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 05/18/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

*******************

DFTS029229

EXHIBIT
52

BARTOLINO'S
Table Sales

Check Name:
Check 167499
Tab 83 Person 1
Time 12:39:47 PM Date 7/8/2010

| | | |
|---|---|---|
| 2 | Dinner Salad | 8.90 |
| 5 | Iced Tea | 12.50 |
| 2 | Sole Lemon Butter | 25.90 |
| 1 | Fried Filet of Sole | 8.95 |
| 1. | Cannelloni | 9.95 |
| 1 | Daily Pasta Special | 13.95 |
| 1 | Sole Lemon Butter | 12.95 |
| | $ Asparagus | 3.00 |
| | Food Sub-Total | 97.10 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 9.46 |

THANK YOU
Mary

*******************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimun Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 07/22/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

*******************

DFTS029074

EXHIBIT
50

DFTS029075

BARTOLINO'S
Table Sales

Check Name:Nelson

Check 157001
Tab 46 Person 1
Time PM Date 7/2/2010

| | | |
|---|---|---|
| 3 | | 7.50 |
| 3 | Butter | 38.85 |
| | Sub-Total | 46.35 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 4.52 |

50.87
10.13
61.00

THANK YOU

*******************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimun Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 07/16/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

*******************

DFTS029070

EXHIBIT
49



BARTOLINO'S
Table Sales

Name.Nelson

Check 157001
Tab 46 Person 1
Time Date 1/2/2010

7.50
38.85

Total 46.35

Discounts Sub-Total 0.00
Gratuity
Sales Tax.

You

********************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 07/18/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

********************

DFTS029071

EXHIBIT

..RTOLINO'S

Check Name:
Check 163475
Tab 54 Person 1
Time 1:07:19 PM Date 8/25/2010

| | | |
|---|---|---|
| 3 | Iced Tea | 7.50 |
| 3 | Sole Lemon Butter | 38.85 |
| | Food Sub-Total | 46.35 |

| | |
|---|---|
| Discounts Sub-Total | 0.00 |
| Gratuity | 0.00 |
| Sales Tax | 4.64 |

TOTAL 50.99

10.00

61.00

THANK YOU
Nicholas

*******************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimun Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 09/08/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

*******************

DFTS029064

EXHIBIT
48

DFTS029065

EXHIBIT

BARTOLINO'S
Table Sales

Check Name:
Check 164118
Tab 83 Person 1
Time 12:29:12 PM Date 8/30/2010

| | | |
|---|---|---|
| 5 | Iced Tea | 12.50 |
| 2 | Dinner Salad | 9.90 |
| 1 | Chicken Ferri | 12.95 |
| 1 | Sole Lemon Butter | 12.95 |
| 1 | Cannelloni | 9.95 |
| 1 | Seafood Salad | 12.95 |
| 1 | Bowl Soup Of Day | 5.00 |
| | Food Sub... | 76.20 |

| | |
|---|---|
| Discounts Sub-Total | 0.00 |
| Gratuity | 0.00 |
| Sales Tax | 7.62 |

TOTAL
83.82
18.18
102.00

THANK YOU
Wanda

********************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimun Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 09/13/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

********************

DFTS029062

EXHIBIT
47

DFTS029063

EXHIBIT

MEETING
A. BOND, T NELSON

BARTOLINO'S
Table Sales K. Willey

Name:
156868
Tab 31 Person 1
Time 12:28:18 PM Date 7/1/2010

| | | |
|---|---|---|
| 3 | Iced Tea | 7.50 |
| 2 | Dinner Salad | 9.90 |
| 1 | Chicken Risotto | 10.95 |
| 1 | Spaghetti Meat Sauce | 9.95 |
| | $ Add Salsiccia | 1.50 |
| 1 | Sole Lemon Butter | 12.95 |
| | Food Sub-Total | 52.75 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 5.14 |

TOTAL
57.89
+ 11.00
THANK YOU
Erin 6889

******************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 07/15/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

******************

DFTS029068

EXHIBIT
46

BARTOLINO'S
Table Sales

Name:
158888

Tab 31 Person 1
Time 12:28:18 PM Date 7/1/2010

| | | |
|---|---|---|
| 1 | [illegible] | 7.50 |
| 2 | [illegible] | 9.90 |
| 1 | [illegible] Risotto | 10.95 |
| 1 | [illegible] Meat Sauce | 9.95 |
| | & Add Salsiccia | 1.50 |
| 1 | [illegible] Lemon Butter | 12.95 |
| | | ----- |
| | Food Sub-Total | 52.75 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 5.14 |

TOTAL

57.89

11.00

68.89

Thank you
Come again

*******************

Please Join Us Again
With a Coupon for
$10.00 OFF
Minimum Purchase of $50.00 Required
Valid After 4 p.m.

Expires: 07/15/10
Coupon good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

*******************

EXHIBIT

DFTS029069

Attn SAR Art

**BARTOLINO'S**
Table Sales

Check Name:Nelson

Check 163475
Tab 54 Person 1
Time 1:09:36 PM Date 8/25/2010

| | | |
|---|---|---|
| 3 | Iced Tea | 7.50 |
| 3 | Sole Lemon Butter | 38.85 |
| | Food Sub-Total | 46.35 |
| | Beverage Sub-Total | 0.00 |
| | Other Sub-Total | 0.00 |
| | SUB TOTAL | 46.35 |
| | Discounts Sub-Total | 0.00 |
| | Gratuity | 0.00 |
| | Sales Tax | 4.64 |
| | TOTAL | 50.99 |

THANK YOU
Nicholas

Acct #:56

Tip: 10.01

Total: 61.00

Signature: [signature]
Nelson

p. 1

010 10:14AM HP LASERJET FAX

EXHIBIT 45

DFTS020061

BARTOLINO'S –
OSTERIA
Table Sales

Check Name:
Check 172831
Tab 65 Person 1
Time 12:56:06 PM Date 11/12/2010

| | | |
|---|---|---|
| 2 | Iced Tea | 5.00 |
| 1 | Dinner Salad | 4.95 |
| 1 | Baked Mostaccioli | 10.95 |
| 1 | Sole Lemon Butter | 12.95 |
| | Food Sub-Total | 33.85 |
| | Sales Tax | 3.39 |

TOTAL
37.24

7.26
45.00

THANK YOU
Deb

DFTS005454

EXHIBIT
34

BARTOLINO'S [illegible]
OSTERIA
Table Sales

Name [illegible]
Chk [illegible]
Tbl [illegible]
Time 12:06 [illegible] Date 11/11/2010

Iced Tea [illegible] 5.00
Dinner Salad [illegible] 4.95
Baked N [illegible]
Side [illegible]

[illegible]

10
31.58 [illegible]

DFTS005455

BARTOLINO'S
OSTERIA
Table Sales

Check Name:Nelson

Check 171843
Tab 31 Person 1
Time 12:41:21 PM Date 11/5/2010

| | | |
|---|---|---|
| 2 | Iced Tea | 5.00 |
| 1 | Sole Lemon Butter | 12.95 |
| 1 | Daily Salad Special | 12.95 |
| 2 | Cup Soup Of Day | 8.00 |
| | Food Sub-Total | 38.90 |
| | Sales Tax | 3.89 |

TOTAL
42.79
9.21
52.00

THANK YOU
Mary

DFTS005450

EXHIBIT
33

DFTS005451

**BARTOLINO'S – OSTERIA**

Table Sales

Check Name:
Check 171504
Tab 30 Person 1
Time 12:54:31 PM Date 11/2/2010

| Qty | Item | Amount |
|---|---|---|
| 3 | Iced Tea | 7.50 |
| 1 | Dinner Salad | 4.95 |
| 2 | Sole Lemon Butter | 25.90 |
| 1 | Fettuccini | 10.95 |
| 1 | Bartolino's Salad | 11.95 |
| | $ Add Grill Chick | 3.00 |
| | Food Sub-Total | 64.25 |

[illegible]es Tax 6.42

TOTAL
70.67
14.33
85.00

*******************

equired

[illegible]/10/10
[illegible] good for one Dine-In visit only.
Limited to one per ticket.
Not valid with any other specials.
No cash refunds.

*******************

DFTS005448

EXHIBIT 32

[illegible]