

**Commerce Bank**

Chippewa
6327 Chippewa St
St. Louis, MO 63109

B812 CD1202   TC701 H

| | | |
|---|---|---|
| Date:<br>10/12/2012 | Effective Date:<br>**10/12/2012** | Time:<br>11:36 |

Seq #:           18
Tran Type:    Cash Advance
Acct Type:   VSA
Acct #:           XXXXXXXXXXXX2226

Total Advance:   $2,049.90
Auth Code:

_____
DRIVER'S LICENSE OR ID NUMBER

_____
CUSTOMER STREET ADDRESS

_____
CITY, STATE, ZIP CODE

_____
PRE-PRINTED BIN
I agree to pay above total amount
according to card issuer agreement
(merchant agreement if credit voucher)
CARPENTERS DISTRICT COUNCIL
Owner's Signature:

X_____
1st copy-merchant, 2nd copy-customer



**Commerce Bank**

Chippewa
6327 Chippewa St
St. Louis, MO 63109

B812 CD1202   TC710 H

| Date: | Effective Date: | Time: |
|---|---|---|
| 10/12/2012 | **10/12/2012** | 11:34 |

Seq #:           17
Tran Type:    PrePaid Card
Card Type:    Gift Card
Total Fee:    $49.90

| Card Number | Value |
|---|---|
| XXXXXXXXXXXX9552 | $200.00 |
| XXXXXXXXXXXX0519 | $200.00 |
| XXXXXXXXXXXX3125 | $200.00 |
| XXXXXXXXXXXX3927 | $200.00 |
| XXXXXXXXXXXX4263 | $200.00 |
| XXXXXXXXXXXX8314 | $200.00 |
| XXXXXXXXXXXX8405 | $200.00 |
| XXXXXXXXXXXX8967 | $200.00 |
| XXXXXXXXXXXX0237 | $200.00 |
| XXXXXXXXXXXX1094 | $200.00 |

Total Card Values: **$2,000.00**

See transaction information above.

**Thank you for banking with Commerce!**

Pay with your Commerce Bank Visa (R)
Check Card and you're instantly
entered to win up to $10,000.

For assistance call Gift Card
customer service: 1-866-271-7780
www.commercebank.com

*We ask, listen and solve.*

**EXHIBIT 84**

*Visa Business*

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 06-11 | 06-07 | 74910432100040003105277 | BELLAGIO - ROOM RES    LAS VEGAS    NV    *ROTH* | $468.10CR |
| 06-11 | 06-08 | 24717052101571013070001 | AMERICAN AI 0012000720020DALLAS    TX | $373.40 |
| | | RM:ROTH/DALE TKT:0012000070002 | | |
| | | OARP:STL SVC:X DARP:DCA FR: DEP:06-12-12 | | |
| | | OARP:DCA SVC:N DARP:STL FR: DEP:06-12-12 | | |
| | | OARP:STL SVC:X DARP: FR: DEP:06-12-12 | | |
| | | OARP: SVC:X DARP: FR: DEP:06-12-12 | | |
| 06-11 | 06-08 | 24109472103000010403200 | LODGE OF THE FOUR SEASONS LAKE OZARK    MO    *DOBER, BUTLER, OWENS, HIGGINS* | $349.27 |
| | | CHECK IN DATE:06-08-12 | | |
| | | CONFIRMATION #:000100040 | | |
| 06-18 | 06-14 | 24717052167151072100000 | DRURY INN JOPLIN    JOPLIN    MO    *GAAL* | $101.18 |
| | | CHECK IN DATE:06-13-12 | | |
| | | CONFIRMATION #:00034400 | | |
| 06-18 | 06-15 | 34910432100040000005002 | HYATT REGENCY WASHINGTON 888-472-3570 DC    *ROTH* | $700.22 |
| | | CHECK IN DATE:06-13-12    NUMBER OF NIGHTS:02 | | |
| | | CONFIRMATION #:2102 | | |
| 06-21 | 06-20 | 24492152172040127100532 | PAYPAL *MALMC    402-935-7722 CA    *WEBER* | $225.00 |
| 06-25 | 06-21 | 24717052170871743100022 | AMERICAN AI 0012310040242DALLAS    TX | $466.40 |
| | | RM:ROTH/DALE TKT:0012010040342 | | |
| | | OARP:STL SVC:S DARP:DCA FR: DEP:07-15-12 | | |
| | | OARP:DCA SVC:N DARP:ORD FR: DEP:07-15-12 | | |
| | | OARP:ORD SVC:XX DARP:STL FR: DEP:07-15-12 | | |
| | | OARP:STL SVC:X DARP: FR: DEP:07-15-12 | | |
| 06-22 | 06-22 | 00000400007 | PAYMENT RECEIVED -- THANK YOU | $7,722.50CR |

| For Customer Service Call: | Account Number | Account Summary | |
|---|---|---|---|
| 1-800-692-7104 | ███████ | Previous Balance | $7,722.50 |
| | | Purchases & Other Charges | $8,955.33 |
| Outside the U.S., Call: | Statement Date: JUL 04, 2012 | Payment Due Date: JUL 30, 2012 | Cash Advances | $0.00 |
| 1-402-691-7800 | | | Cash Advance Fees | $0.00 |
| Send Billing Inquiries To: | Credit Limit: $40,000.00 | Available Credit: $31,512.83 | Late Charge | $0.00 |
| COMMERCE BANK | | | Finance Charges | $0.00 |
| PO BOX 411035 | Amount Due: $8,487.17 | Disputed Amount: $0.00 | Credits | $468.16 |
| KANSAS CITY MO 64141 | | | Payments | $7,722.50 |
| | | | New Balance | $8,487.17 |

Page 1 of 2

*FARRELL*

DFTS096906

▲ Detach here and return above portion with your remittance. Please retain lower portion. ▲

### LIABILITY FOR UNAUTHORIZED USE

You may be liable for the unauthorized use of your credit card. You will not be liable for unauthorized use that occurs after you notify Commerce Bank Card Center in writing. Please call 1-800-892-7104. Your liability will not exceed $50.

NOTE: Notwithstanding the foregoing, a business, commercial, agricultural or government organization that has been issued 10 or more cards shall be liable for all unauthorized use, including liability for employee use of the card in an unauthorized manner and for use of the cards by persons other than employees, unless otherwise agreed in writing.

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or-if-you need more information about a transaction on your bill, write us (on a separate sheet) at Commercial Card, P.O. Box 411036, Kansas City, Missouri 64141-1036 as soon as possible. You can telephone us at 1-800-892-7104.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

S2746-CBVI-1011

DFTS096907

| Post Date | Tran Date | Reference Number | Transaction Description | | Amount | |
|---|---|---|---|---|---|---|
| 06-27 | 06-26 | 24492152178049431887710 | PAYPAL *MALMC 402-935-7733 CA | BA's | $875.00 | ✓ |
| 06-27 | 06-26 | 24492152178049433459831 | PAYPAL *MALMC 402-935-7733 CA | BA's | $1,625.00 | ✓ |
| 06-28 | 06-27 | 24717052100731902451481 | DRURY SPRINGFIELD MO SPRINGFIELD MO | WEBER | $146.35 | ✓ |
| | | CHECK IN DATE:06-06-12 CONFIRMATION #:0000002 | | | | |
| 06-29 | 06-28 | 24492152100040045535767 | PAYPAL *MALMC 402-935-7733 CA | HAGERTY | $225.00 | ✓ |
| 07-02 | 06-28 | 24036212181624341157234 | SOUTHWESTAIR5262450884478DALLAS TX | | $222.40 | |
| | | NM:TUNNETT/KELLY TKT:5262450884478 | | | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-10-12 | | IFEB P 100-71500 | | |
| | | OARP:SAN SVC:S DARP:STL FR: DEP:11-10-12 | | | | |
| 07-02 | 06-28 | 24036212181624341157301 | SOUTHWESTAIR5262450884477DALLAS TX | 200- | $222.40 | ✓ |
| | | NM:RUSSEL/DONALD JOSEP TKT:5262450884477 | | 71900 | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-10-12 | | | | |
| | | OARP:SAN SVC:S DARP:STL FR: DEP:11-10-12 | | | | |
| 07-02 | 06-28 | 24036212181624341157634 | SOUTHWESTAIR5262450884480DALLAS TX | | $222.40 | |
| | | NM:BYRNE/KAREN TKT:5262450884480 | | 100-71500 ✓ | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-10-12 | | | | |
| | | OARP:SAN SVC:S DARP:STL FR: DEP:11-10-12 | | | | |
| 07-02 | 06-28 | 24036212181624340677234 | SOUTHWESTAIR5262450884479DALLAS TX | | $222.40 | ✓ |
| | | NM:BYRNE/SCOTT ALAN TKT:5262450884479 | | 200-71900 | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-10-12 | | | | |
| | | OARP:SAN SVC:S DARP:STL FR: DEP:11-10-12 | | | | |
| 07-02 | 06-28 | 24036212181624341158518 | SOUTHWESTAIR5262450882144DALLAS TX | | $222.40 | ✓ |
| | | NM:BAUER/DAVID W TKT:5262450882144 | | 200-71900 | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-10-12 | | | | |
| | | OARP:SAN SVC:S DARP:STL FR: DEP:11-10-12 | | | | |
| 07-02 | 06-28 | 24036212181624341121236 | SOUTHWESTAIR5262450888298DALLAS TX | | $283.40 | ✓ |
| | | NM:NELSON/NANCY CAROL TKT:5262450888298 | | 100-71500 | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-10-12 | | | | |
| | | OARP:SAN SVC:O DARP:STL FR: DEP:11-10-12 | | | | |
| 07-02 | 06-28 | 24036212181624340710778 | SOUTHWESTAIR5262450888300DALLAS TX | | $283.40 | ✓ |
| | | NM:BOND/CHRISTINE MARIE TKT:5262450888300 | | 100-71500 | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-10-12 | | | | |
| | | OARP:SAN SVC:O DARP:STL FR: DEP:11-10-12 | | | | |
| 07-02 | 06-28 | 24036212181624340710836 | SOUTHWESTAIR5262450888303DALLAS TX | | $283.40 | ✓ |
| | | NM:LARAMIE/JULI DIANE TKT:5262450888303 | | 200-71900 | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-10-12 | | | | |
| | | OARP:SAN SVC:S DARP:STL FR: DEP:11-10-12 | | | | |
| 07-02 | 06-28 | 24036212181624340710828 | SOUTHWESTAIR5262450888299DALLAS TX | | $283.40 | ✓ |
| | | NM:BOND/ALBERT LEE JR TKT:5262450888299 | | 200-71900 | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-10-12 | | | | |
| | | OARP:SAN SVC:O DARP:STL FR: DEP:11-10-12 | | | | |
| 07-02 | 06-28 | 24036212181624341208715 | SOUTHWESTAIR5262450888302DALLAS TX | | $283.40 | ✓ |
| | | NM:THUSTON/DENISE ANN TKT:5262450888302 | | 100-71500 ✓ | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-10-12 | | | | |
| | | OARP:SAN SVC:O DARP:STL FR: DEP:11-10-12 | | | | |
| 07-02 | 06-28 | 24036212181624341131081 | SOUTHWESTAIR5262450888301DALLAS TX | | 200-71900 $283.40 | ✓ |

DFTS096908

▲ Detach here and return above portion with your remittance. Please retain lower portion. ▲

### LIABILITY FOR UNAUTHORIZED USE

You may be liable for the unauthorized use of your credit card. You will not be liable for unauthorized use that occurs after you notify Commerce Bank Card Center in writing. Please call 1-800-892-7104. Your liability will not exceed $50.

NOTE: Notwithstanding the foregoing, a business, commercial, agricultural or government organization that has been issued 10 or more cards shall be liable for all unauthorized use, including liability for employee use of the card in an unauthorized manner and for use of the cards by persons other than employees, unless otherwise agreed in writing.

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a seperate sheet) at Commercial Card, P.O. Box 411036, Kansas City, Missouri 64141-1036 as soon as possible. You can telephone us at 1-800-892-7104.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

82746-CBVI-1011

DFTS096909

| Post Date | Tran Date | Reference Number | Transaction Description | | Amount |
|---|---|---|---|---|---|
| | | NM:THURSTON/MICHAEL THOM TKT:############ | | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-19-12 | | | |
| | | OARP:SAN SVC:O DARP:STL FR: DEP:11-19-12 | | | |
| 07-02 | 06-29 | 24035212161634341295778 | SOUTHWESTAIR5263450000304DALLAS | TX | $262.40 |
| | | NM:LARAMIE/TIMOTHY MICH TKT:############ | | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-19-12 | | | |
| | | OARP:SAN SVC:O DARP:STL FR: DEP:11-19-12 | | | |
| 07-02 | 06-29 | 24035212161634341295673 | SOUTHWESTAIR5263450000297DALLAS | TX | $262.40 |
| | | NM:NELSON/TERRENCE M TKT:############ | | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-19-12 | | | |
| | | OARP:SAN SVC:O DARP:STL FR: DEP:11-19-12 | | | |
| 07-02 | 06-29 | 24035212161634341946347 | SOUTHWESTAIR5263450018946DALLAS | TX | $222.40 |
| | | NM:BYRNES/KEVIN TIMOTHY TKT:############ | | | |
| | | OARP:STL SVC:S DARP:SAN FR: DEP:11-19-12 | | | |
| | | OARP:SAN SVC:S DARP:STL FR: DEP:11-19-12 | | | |

Handwritten annotations next to transactions:
- 100-71500 IFEBP
- IFEBP 200-71900
- IFEBP 200-71900

| | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | Periodic Finance Charge |
|---|---|---|---|---|
| PURCHASES | $0.00 | 0.0270% | 98.90% | $0.00 |
| CASH ADVANCES | $0.00 | 0.0550% | 19.90% | $0.00 |

Handwritten totals:
- 100-71500    2363.20
- 100-71900    4176.77
- 200-71900    1947.20

DFTS096910