# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  19-3087

_____

Jonathan Gould, on behalf of St. Louis - Kansas City Carpenters Regional Council

Plaintiff - Appellant

v.

Albert Bond

Defendant - Appellee

St. Louis - Kansas City Carpenters Regional Council

Intervenor Defendant - Appellee

_____

No:  19-3197

_____

Jonathan Gould, on behalf of St. Louis - Kansas City Carpenters Regional Council

Plaintiff - Appellee

v.

Albert Bond

Defendant - Appellant

St. Louis - Kansas City Carpenters Regional Council

Intervenor Defendant

_____

No:  19-3200

_____

Jonathan Gould, on behalf of St. Louis - Kansas City Carpenters Regional Council

Plaintiff - Appellee

v.

Albert Bond

Defendant

St. Louis - Kansas City Carpenters Regional Council

Intervenor Defendant - Appellant

---

Appeals from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-00925-DDN)

---

# JUDGMENT

Before SMITH, Chief Judge, LOKEN, and MELLOY, Circuit Judges.

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court denying leave to file plaintiff's Verified Complaint under 29 U.S.C. § 501(b) is affirmed in accordance with the opinion of this Court. Appeal Nos. 19-3197 and 19-3200 from the district court order granting plaintiff leave to appeal are dismissed as moot.

June 14, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

　　　/s/ Michael E. Gans