# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3087

Jonathan Gould, on behalf of St. Louis - Kansas City Carpenters Regional Council

Appellant

v.

Albert Bond and St. Louis - Kansas City Carpenters Regional Council

Appellees

No: 19-3197

Jonathan Gould, on behalf of St. Louis - Kansas City Carpenters Regional Council

Appellee

v.

Albert Bond

Appellant

St. Louis - Kansas City Carpenters Regional Council

No: 19-3200

Jonathan Gould, on behalf of St. Louis - Kansas City Carpenters Regional Council

Appellee

v.

Albert Bond

St. Louis - Kansas City Carpenters Regional Council

Appellant

------

Appeals from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-00925-DDN)

**ORDER**

Appellee St. Louis - Kansas City Carpenters Regional Council in 19-3087 shall recover from the appellant the sum of $165.00 (one hundred sixty-five dollars and zero cents) as taxable costs on appeal. Appellee Mr. Albert Bond in 19-3087 shall recover from the appellant the sum of $118.20 (one hundred eighteen dollars and twenty cents) as taxable costs on appeal.

July 07, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans