# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3087

Jonathan Gould, on behalf of St. Louis - Kansas City Carpenters Regional Council

Appellant

v.

Albert Bond and St. Louis - Kansas City Carpenters Regional Council

Appellees

No: 19-3197

Jonathan Gould, on behalf of St. Louis - Kansas City Carpenters Regional Council

Appellee

v.

Albert Bond

Appellant

St. Louis - Kansas City Carpenters Regional Council

No: 19-3200

Jonathan Gould, on behalf of St. Louis - Kansas City Carpenters Regional Council

Appellee

v.

Albert Bond

St. Louis - Kansas City Carpenters Regional Council

Appellant

---

Appeals from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-00925-DDN)

---

## MANDATE

In accordance with the opinion and judgment of 06/14/2021, and the court's order dated 07/07/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matters.

July 07, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit